# UNITED STATES DISTRICT COURT

## District of Minnesota

***TO:*** All Counsel of Record

( ) THIRD DIVISION: 708 Federal Bldg., 316 N. Robert St., St. Paul, MN 55101 Phone (651)-848-1100
( x ) FOURTH DIVISION: 202 U. S. Courthouse, 300 S. 4th St., Mpls., MN 55415 Phone (612) 664-5000
( ) FIFTH AND SIXTH DIVISION: 417 Federal Bldg., 515 W. 1st St., Duluth, MN 55802 Phone (218)-529-3500

| | |
|---|---|
| **DATE:** 1/22/01 | **CIVIL FILE NUMBER:** 01-117 JMR/FLN |
| **CASE TITLE** | **Northfield Telecommunications** -VS- Itron, Inc. |
| x | The above entitled action was: ( x ) removed from county court OR ( ) transferred from another district, filed in the ( ) St. Paul-3rd Division ( x ) Minneapolis-4th Division ( ) Duluth-5th Division ( ) Fergus Falls-6th Division on 1/22/01, assigned to Judge James M. Rosenbaum and Magistrate Judge Franklin L. Noel. Please direct future filings to the office indicated. |
| | The above entitled action was filed in this court on __, assigned to Judge__ and referred to U. S. Magistrate Judge___. The file will be maintained at the Clerk's Office in ( ) St. Paul, ( ) Minneapolis or ( ) Duluth. Please note this information for future reference.<br>cc to: |
| | **LR79.1(d) and/or LR 37.2 DISCOVERY MOTIONS**: **Discovery documents** are returned pursuant to Local Rule. |
| | A certified copy of the Order of Remand is enclosed. |
| | The above entitled action is being transferred to your court pursuant to Order of Judge__ filed___. A certified copy of the order and docket entries are included, along with the original court file. Please acknowledge receipt of this file by returning a date-stamped copy of this notice indicating the filing date and civil case number assigned in your court. |
| | A Bill of Costs is to be submitted on a form as provided by the court. Form AO 133 and instructions for completion are attached. |
| | Your original documents are returned. Copies of state court documents were submitted when the action was removed to this court. |
| | OTHER: |

Deputy Clerk Shirley Hansen

Forms/cklist.f.wpd