UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Northfield Telecommunications, Inc.,

Plaintiff,

v.

Itron, Inc.,

Defendant.

Civil No. 01-117 JMR/FLN

PRETRIAL SCHEDULE

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. <u>Discovery/Non-Dispositive Motions</u>:

   a. All motions which seek to amend the pleadings or add parties must be served by April 1, 2001.

   b. All discovery shall be commenced in time to be completed by October 1, 2001.

   c. No more than 50 interrogatories, including all discrete subparts, shall be served by any party.

   d. No more than 50 Requests for Admission shall be served by any party.

   e. No more than 50 Document Requests shall be served by any party.

   f. No more than 6 depositions shall be taken by any party.



FILED
DOSAL, CLERK

g. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by October 1, 2001. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. Expert Disclosure and Discovery:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1) By each side on or before July 15, 2001, with respect to initial experts.

2) By each side on or before August 1, 2001, with respect to rebuttal experts.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By each side on or before September 1, 2001, with respect to initial expert reports.

2) By each side on or before September 1, 2001, with respect to rebuttal expert reports.

c. Each party may depose no more than 1 expert witness on or before October 1, 2001.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. <u>Dispositive Motions</u>:

   a. All dispositive motions shall be filed and scheduled for hearing prior to November 1, 2001.

   b. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Larry Lewis at 612-664-5053.

   c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

4. <u>Trial</u>

   a. This case shall be ready for trial on and after December 1, 2001, at which time it will be placed on the court's non-jury trial calendar.

   b. Trial is estimated to last 2 trial days.

DATED: 2/28, 2001.

Franklin L. Noel

FRANKLIN L. NOEL
Chief Magistrate Judge