**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Northfield Telecommunications, Inc., d/b/a Advanced Wireless Communications,

Plaintiff,

v.

Itron, Inc. and Slade-Bingham Partnership, LLP

Defendant.

Court File No.: 01-117 JMR/FLM

**ORDER GRANTING LEAVE TO AMEND COMPLAINT**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, and based upon the motion of Plaintiff for leave to serve and file an Amended Complaint,

IT IS HEREBY ORDERED, that Plaintiff is granted leave to serve and file an Amended Complaint.

Dated this 16th day of April, 2001.

Franklin L. Noel
United States Magistrate Judge

FILED APR 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ...
DEP...