**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | |
|---|---|
| Northfield Telecommunications, Inc., d/b/a Advanced Wireless Communications,<br><br>Plaintiff,<br><br>v.<br><br>Itron, Inc.,<br><br>Defendant. | File No. 01-117 JMR/FLN<br><br>**Stipulation and Order Extending Certain Deadlines** |

The parties to the above-referenced action, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. That, as a result of delays in the production of certain documents and other issues, the deadlines for service of nondispositive motions and the completion of discovery in this matter, currently set at October 1, 2001 by the Court's Scheduling Order, should be extended to November 1, 2001, and the deadline for the production of expert reports and the deposition of expert witnesses in this matter, currently set at September 1, 2001 and October 1, 2001 respectively by the Court's Scheduling Order, should be extended to October 1, 2001 and November 1, 2001 respectively;

2. That this proposed change will **not** affect any of the other deadlines currently set by the Scheduling Order, specifically including any other motion deadline dates or the trial-ready date; and

3. That the Court may, and is jointly and respectfully requested by the parties to, enter an Order in the form attached herewith.

FILED SEP 05 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: August 29, 2001

FAEGRE & BENSON LLP

D. Charles Macdonald (#151385)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Itron, Inc.

Dated: August 29 2001

COLLINS, BUCKLEY, SAUNTRY & HAUGH, P.L.L.P.

Patrick T. Tierney (#109939)
W-1100 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
(651) 227-0611

Attorneys for Northfield Telecommunications, Inc., d/b/a Advanced Wireless Communications

**ORDER**

The foregoing stipulation is **APPROVED** and it is hereby **ORDERED** that the deadline for completion of discovery and the filing of nondispositive motions in this action is hereby extended to November 1, 2001 and the deadline for the production of expert reports in this matter in this action is hereby extended to September 21, 2001 .

Honorable Franklin L. Noel
Chief Magistrate Judge