ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | |
|---|---|
| Northfield Telecommunications, Inc., d/b/a Advanced Wireless Communications, Plaintiff, v. Itron, Inc., Defendant. | File No. 01-117 JMR/FLN<br><br>**Stipulation and Order Extending Certain Deadlines** |

The parties to the above-referenced action, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. That, despite the good faith efforts of the parties and counsel, certain necessary depositions in this matter must be scheduled for dates after the current discovery deadline. Accordingly, the deadlines for service of nondispositive motions and the completion of discovery in this matter, currently set at November 1, 2001 by the Court's Scheduling Order, should be extended to November 9, 2001;

2. That to accommodate the extension in the discovery period, the deadline for service of dispositive motions should be extended to November 16, 2001; and

2. That this proposed change will **not** affect any of the other deadlines currently set by the Scheduling Order, specifically including any other motion deadline dates or the trial-ready date; and

3. That the Court may, and is jointly and respectfully requested by the parties to, enter an Order in the form attached herewith.

OCT 30 2001
FILED ____________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

Dated: October ___, 2001

**FAEGRE & BENSON LLP**

______________________________
D. Charles Macdonald (#151385)
C. David Flower (#29407X)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Itron, Inc.

Dated: October 25, 2001

COLLINS, BUCKLEY, SAUNTRY & HAUGH, P.L.L.P.

______________________________
Patrick T. Tierney (#109939)
W-1100 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
(651) 227-0611

Attorneys for Northfield Telecommunications, Inc., d/b/a Advanced Wireless Communications

**ORDER**

The foregoing stipulation is **APPROVED** and it is hereby **ORDERED** that the deadline for completion of discovery and the filing of nondispositive motions in this action is hereby extended to November 9, 2001 and the deadline for service of dispositive motions is extended to November 16, 2001.

______________________________
Honorable Franklin L. Noel
Chief Magistrate Judge

Dated: October 26, 2001

FAEGRE & BENSON LLP

C. David Flower

D. Charles Macdonald (#151385)
C. David Flower (#29407X)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Itron, Inc.

Dated: October ___, 2001

COLLINS, BUCKLEY, SAUNTRY & HAUGH, P.L.L.P.

____________________________

Patrick T. Tierney (#109939)
W-1100 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
(651) 227-0611

Attorneys for Northfield Telecommunications, Inc., d/b/a Advanced Wireless Communications

**ORDER**

The foregoing stipulation is **APPROVED** and it is hereby **ORDERED** that the deadline for completion of discovery and the filing of nondispositive motions in this action is hereby extended to November 9, 2001 and the deadline for service of dispositive motions is extended to November 16, 2001.

10/29/01

Franklin L. Noel

Honorable Franklin L. Noel
Chief Magistrate Judge