**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | | |
|---|---|---|
| Northfield Telecommunications, Inc., d/b/a Advanced Wireless Communications, | ) | File No. 01-117 JMR/FLN |
| Plaintiff, | ) | |
| v. | ) | **Stipulation and Order** |
| Itron, Inc., | ) | |
| Defendant. | ) | |

The parties to the above-referenced action, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. That Count II of Plaintiff's Amended Complaint (Declaratory Relief – Common Areas) may be dismissed without prejudice.

2. That Defendant's Counterclaim may be dismissed without prejudice.

3. That a judgment of dismissal respecting the above described claims may be entered without further notice.

Dated: March 4, 2002

FAEGRE & BENSON LLP

D. Charles Macdonald (#151385)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Itron, Inc.

MAR 7 2002
JUDGMENT ENTD

Dated: March 4, 2002

COLLINS, BUCKLEY, SAUNTRY & HAUGH, P.L.L.P.

Patrick T. Tierney (#109939)
W-1100 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
(651) 227-0611

Attorneys for Northfield Telecommunications, Inc., d/b/a Advanced Wireless Communications

**ORDER**

The foregoing stipulation is **APPROVED** and it is hereby **ORDERED** that Count II of Plaintiff's Amended Complaint (Declaratory Relief – Common Areas) and Defendant's Counterclaim are hereby dismissed without prejudice.

March 6th, 2002

Honorable James M. Rosenbaum
Judge of United States District Court