UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-1~~546~~ (JMR/FLN)
117

Northfield Telecommunications Inc., )
)
v. ) ORDER
)
ITRON, Inc., et al. )

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: March 6th, 2002

JAMES M. ROSENBAUM, Chief
United States District Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED MAR 7 2002
DEPUTY CLERK'S INITIALS