UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-117(JMR/FLN)

| | | |
|---|---|---|
| Northfield Telecommunications, Inc., d/b/a Advanced Wireless Communications | ) | |
| v. | ) | ORDER |
| Itron, Inc., and Slade-Bingham Partnership, LLP | ) | |

This matter is before the Court on cross-motions for summary judgment. The Court heard oral argument on February 1, 2002. Based on the files, records, and proceedings herein, and for the reasons set forth at the hearing, IT IS ORDERED THAT:

1. Defendant's motion for summary judgment is granted in part and denied in part.

A. Defendants fulfilled their obligations to plaintiff regarding a notice option.

B. Plaintiff is required to pay a pro rata share of real estate taxes to defendants.

C. Having found disputed material facts remain regarding the appropriate amount of space provided for plaintiff's common area, defendants' motion is denied as to this claim.

2. Plaintiff's motion for summary judgment is denied.

Dated: March 8th, 2002

JAMES M. ROSENBAUM
United States Chief District Judge

FILED
MAR 11 2002
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED MAR 11 2002
DEPUTY CLERK'S INITIALS ______

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.